FILED
2018 Jul-30 PM 03:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **JOEL PATRICK MOYERS,** | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action Number |
| | ) | **5:16-cv-01533-AKK-JHE** |
| **STATE OF ALABAMA,** *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM OPINION

On July 13, 2018, the magistrate judge entered a Report and Recommendation that the petition for writ of habeas corpus should be dismissed without prejudice for lack of subject matter jurisdiction. Doc. 6. No objections have been filed. The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of this court. The petition for writ of habeas corpus is due to be dismissed without prejudice. A separate Order will be entered.

**DONE** the 30th day of July, 2018.

                                                  **ABDUL K. KALLON**
                                     **UNITED STATES DISTRICT JUDGE**